IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK DUPREE, SR.,                        No. CIV.S-06-0971 DAD

      Plaintiff,

   v.                                        ORDER

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendant.
_____/

     By order filed August 2, 2006, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution due to plaintiff's failure to return the necessary documents for service to the United States Marshal's office.  On August 4, 2006, plaintiff filed a response to the order indicating that the necessary documents for service have now been delivered to the United States Marshal's office.

/////

/////

1

Accordingly, the order to show cause filed on August 2, 2006, is HEREBY DISCHARGED.  This matter will proceed according to the terms of the court's scheduling order filed May 10, 2006.

DATED: August 4, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.socsec/dupree0971.dischargeOSC