1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL A. CABOTAJE
4  Special Assistant U. S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, California 94105
   Telephone:  (415) 977-8943
6  Facsimile:  (415) 744-0134
   E-Mail: Michael.Cabotaje@ssa.gov
7
   Attorneys for Defendant
8  Commissioner of Social Security

9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12 PATRICK DUPREE,                )   CASE NO. 2:06-CV-0971-DAD
                                  )
13              Plaintiff,        )   STIPULATION AND ORDER SETTLING
                                  )   ATTORNEY'S FEES PURSUANT TO
14         v.                     )   THE EQUAL ACCESS TO JUSTICE
                                  )   ACT (EAJA)
15 MICHAEL J. ASTRUE,             )
   Commissioner of                )
16 Social Security,               )
                                  )
17              Defendant.        )
   _____)
18

19

20      IT IS HEREBY STIPULATED by and between the parties through

21 their undersigned counsel, subject to the approval of the Court,

22 that Plaintiff's counsel, as Plaintiff's assignee, be awarded

23 attorney fees under the Equal Access to Justice Act (EAJA) in the

24 amount of two thousand four hundred sixty dollars and zero cents

25 ($2460.00).  This amount represents compensation for all legal

26 services rendered on behalf of Plaintiff by counsel in connection

27 with this civil action, in accordance with 28 U.S.C. § 2412(d).

28 /////

1   This stipulation constitutes a compromise settlement of
Plaintiff's request for EAJA attorney fees, and does not
constitute an admission of liability on the part of Defendant
under the EAJA.  Payment of two thousand four hundred sixty
dollars and zero cents ($2460.00) in EAJA attorney fees, shall
constitute a complete release from and bar to any and all claims
Plaintiff may have relating to EAJA fees in connection with this
action.  Any payment shall be made payable to Plaintiff's counsel
as Plaintiff's assignee and delivered to Plaintiff's counsel.

   This award is without prejudice to the rights of Plaintiff's
counsel to seek Social Security Act attorney fees under 42 U.S.C.
§ 406, subject to the provisions of the EAJA.

                              Respectfully submitted,

Dated: November 7, 2007       /s/ Peter Brixie
                              (As authorized via *facsimile)
                              PETER BRIXIE
                              Attorney for Plaintiff

Dated: November 7, 2007       McGREGOR W. SCOTT
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              /s/ Michael A. Cabotaje
                              MICHAEL A. CABOTAJE
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant

                              ORDER

   APPROVED AND SO ORDERED.

DATED: November 8, 2007.

                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/dupree0971.stipord.attyfees

2